. INDIANAPOLIS TELEPHONE COMPANY *v.* STATE OF INDIANA.

[No. 23,584. Filed June 6, 1919.]

From Marion Circuit Court; *Louis B. Ewbank,* Judge.

Action by the State of Indiana against the Indianapolis Telephone Company. From the judgment rendered, the defendant appeals. *Reversed.*

*L. Ert Slack, Charles M. Bracelen, Foster & Smith,* and *Myers, Gates & Ralston,* for appellant.

*Ele Stansbury,* Attorney-General, *U. S. Lesh,* and *Dale F. Stansbury,* for appellee.

PER CURIAM.—In this case the appellee confesses error of record. The judgment is therefore reversed and this case is remanded for further proceedings.